UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
*MINUTES OF PROCEEDINGS*

**NEWARK**                                                                  **DATE:** May 28, 2013

**JUDGE:** William H. Walls

**COURT REPORTER:** Yvonne Davion

**DEPUTY CLERK:** Loretta Minott

**Title of Case:**                                        **Docket**: 09cv5465

CAMPMOR, INC. v. BRULANT, LLC

**Appearances:**
Ronald D. Coleman, Esq., and David King, Esq., for plaintiff
Dennis J. Drasco, Esq., and Arthur Owens, Esq., for defendant

**Nature of proceedings:** MOTION HEARING & JURY TRIAL

Hearing on defendant's Motion to Bifurcate the issues of liability/compensatory damages and punitive damages at trial.

Lunch 12:00 p.m. – 2:00 p.m.

Jury selection began at 2:20 p.m.

Jury selection and trial adjourned at 3:10 p.m. to continue September 10, 2013 at 10:00 a.m.

**Time Commenced** 10:15 a.m.
**Time Adjourned**      3:10 p.m.

*Loretta Minott*
Deputy Clerk